CHARLES S. GITTLEMAN, Appellant, v. NOTLIM REALTY CORPORATION, Defendant. KINOR ESTATES CORPORATION and EMANUEL LIEBERMAN, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

A. EDWARD GOMBERT, Conducting Business as NASSAU PLUMBING AND HEATING COMPANY, and JOHN T. URLACHER, Plaintiffs, v. ELISE WESTPFAL, Appellant. ALBERT KOHLER and Others, Defendants, and PEIRCEY LUMBER AND COAL CO., INC., Respondent.— Judgment of the County Court of Nassau county unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

BENJAMIN GOTHELF, Respondent, v. MUNSON STEAMSHIP LINE and LEE & SIMMONS, INC., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Seeger and Scudder, JJ.

ANNA A. HESS, Respondent, v. HERMAN LADOWITZ, Appellant.— Order denying motion to dismiss complaint affirmed, with ten dollars costs and disbursements, with leave to defendant to answer within twenty days from service of the order herein upon such payment. No opinion. Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ., concur.